**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| **TRAVIS ONEAL SPIKES,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CASE NO. 7:11-CV-175 (HL)** |
| | : | |
| | : | |
| **Cpl. ALBERT HARVEY WILLIFORD, et al,** | : | |
| **Defendants** | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 22) filed August 9, 2013 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 29th day of August, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**